FILED

N/S

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

2025 FEB 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

_____ Division    LSA

| | |
|---|---|
| Darrel Dalan Watson | ) Case No. 2:25cv 01284-SB-(PDx) |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) |
| The Miller Firm | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Darrel Dalan Watson |
| Street Address | 660 Stanford Ave #460 |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | California, 90021 |
| Telephone Number | (213) 279-6962 |
| E-mail Address | mackay, los Agmed ln |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Independent

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    The miller Firm
Job or Title (if known)
Street Address                          108 Railroad Ave
City and County                         Orange,
State and Zip Code                      Virginia, 22960
Telephone Number
E-mail Address (if known)

Defendant No. 2

Name                                    Matthew and Associates
Job or Title (if known)
Street Address                          2905 Sackett St
City and County                         Houston,
State and Zip Code                      Texas, 78760
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name                                    Moulin Rouge Travel
Job or Title (if known)                 Travel Consultant
Street Address                          440 S, Broadway G13
City and County                         Los Angeles, Los Angeles
State and Zip Code                      California 90013
Telephone Number                        (213) 624-4818
E-mail Address (if known)               amirtravel@aol.com

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights violation, Coercion, Fraudulent misrepresentation, Fraud Lawsuit theft

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$40,000.00 Fraudelant Misrepresentation
$30,000.00 Emotional Stress and Damage
$35,000.00 Coerzion
$15,000.00 Fraud
$20,000.00 Negligent Misrepresentation

Total $150,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

They lied about information regarding me and my brothers claim left behind from our deceased mother. I believe they gave payment to someone else and possibly spent these payments themselves. I want this matter fully investigated with polygraph test in specific detail. They purposely coerce my brother and I by putting

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to be compensated for all that I have been through

$40,000.00 Fraudelant Misrepresentation
$30,000.00 Emotional Stress and Damage
$35,000.00 Coerzion
$15,000.00 Fraud
$20,000.00 Negligent Misrepresentation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/14/2025

Signature of Plaintiff

Printed Name of Plaintiff    Darrel Dale Wotten

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

2/10/25, 11:43 AM                    Screenshot 2025-02-10 11.29.30 AM.png



2/10/25, 11:43 AM                                    Screenshot 2025-02-10 11.29.43 AM.png

 SOKOLOVE LAW.

Call Us 24/7 for a FREE legal consultation.
Attorney Advertising **(844) 986-5071**
Get Your Free Guide

File a Mesothelioma Claim     Veterans     Results     Client Reviews     About Us     Other Cases     Contact

Over **$5B** Won for Mesothelioma Claims

## Thank You!
We've received your request for a free case review.

 WHAT HAPPENS NEXT?
**We're Calling You Now!**

A Sokolove Law case manager will be calling you *within 5 minutes*. Please stay by your phone.

1. **We Call** – We call you right away because your case is our priority.
2. **We Listen** – We want to understand what you're going through and gather information.
3. **We Fight** – If we can help with your case, we'll make the legal process easy for you.

## How We've Helped Asbestos Victims Nationwide

| 8,000 | $5 Billion | 98% | $1-1.4 Million |
|---|---|---|---|
| Families Helped Since 1979 | Recovered in Mesothelioma Cases | Of Our Mesothelioma Cases Result in Compensation | Recovered on Average |

Click to Live Chat

           Feb 10   11:29