JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DARREL DALON WATSON, | Case No. 2:25-cv-01284-SB-PD |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| THE MILLER FIRM et al., | |
| Defendants. | |

Plaintiff filed a complaint, pro se, on February 14, 2025, and requested to proceed in forma pauperis.  Dkt. Nos. 1, 3.  On March 4, 2025, upon screening the complaint under 28 U.S.C. § 1915(e)(2), the Court found that Plaintiff failed to adequately establish subject-matter jurisdiction and dismissed the complaint with leave to file an amended complaint by March 28, 2025.  Dkt. No. 10.  The Court warned Plaintiff that failing to timely file "will be construed as consent to dismissal of the case without prejudice."  *Id.* at 3.  The deadline has passed, and Plaintiff has not filed an amended complaint.  Accordingly, as warned, this action is dismissed without prejudice.

Date: April 7, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge